UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
ROSETTA TOMMASI,

                Plaintiff,            JUDGMENT IN A CIVIL CASE

           v.               CV 08-0062  (LDW)

NEW YORK STATE, et al

                Defendants.

------------------------------------------------------x

__XX__   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.


____   Decision by Court.  This action came to  trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff take nothing of defendant and that judgment is hereby enter in favor of

defendant and against plaintiff dismissing the complaint with prejudice.


Dated: Central Islip,  New York        ROBERT C. HEINEMANN
      July 26, 2010, 2010          Clerk of Court


                         By:  __/s/_____
                            Josiah Kharjie
                            Courtroom Deputy